

NUMBER 13-20-00435-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

| | |
|---|---|
| **TIM JAMES MCMAHAN,** | **Appellant,** |
| **v.** | |
| **BRENDAN W. GUY AND STEPHEN TYLER** | **Appellee.** |

On appeal from the 267th District Court
of Victoria County, Texas.

# ORDER OF ABATEMENT

**Before Chief Justice Contreras and Justices Longoria and Perkes
Order Per Curiam**

Appellant, Tim James McMahan, attempts to appeal an order on special exceptions and a plea to the jurisdiction. On October 28, 2020, upon review of the notice of appeal, the Clerk of the Court notified appellant that it appeared the appeal was not timely perfected. The clerk informed appellant that the defect should be corrected within

ten days from the date of receipt of the court's letter, or the appeal would be dismissed.

In his response to the clerk's notice, appellant informed the court that he did not receive a copy of the signed orders until September 17, 2020; furthermore, appellant filed a document entitled Error Coram Nobis and Brief in Support at the trial court, in an apparent attempt to establish the time that he received notice of the order. The Court construes that filing as a motion contemplated by Tex. R. Civ. P. 306a(5). *See* Tex. R. Civ. P. 306a(4),(5).

Accordingly, this appeal is hereby ABATED and the cause REMANDED to the trial court for further proceedings in accordance with Texas Rule of Civil Procedure 306a. The trial court is directed to forward a supplemental clerk's record, including any orders rendered, and a supplemental reporter's record, if such is necessary, to the Court within thirty (30) days of the date of this order, or to notify the Court within such period indicating a date by which the trial court can comply.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
20th day of November, 2020.